# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTILIO PEREIRA MACHADO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-cv-7530-JLT-SAB-HC<br><br>ORDER DISMISSING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(ECF No. 8) |

Petitioner is an immigration detainee who proceeded before this Court pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 14, 2026, the Court issued an order dismissing his petition as moot. (ECF No. 6.) On the same day the case was closed. (ECF No. 7.)

Petitioner has moved for appointment of counsel. (ECF No. 8.) There currently exists no matter in controversy before the Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to appoint counsel (ECF No. 8) is DISMISSED AS MOOT.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge